AUSA: DePorre  Telephone: (810) 766-5177
Task Force Officer: Monroe, ATF  Telephone: (810) 341-5710

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jessie Jerome Jones,

Case No. 
Case: 4:22-mj-30454
Judge: Ivy, Curtis
Filed: 10-20-2022 At 11:48 AM
CMP USA v. Jessie Jerome Jones (krc)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 18, 2022 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

Felon in Possession of a Firearms in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenneth Monroe, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 20, 2022

_____
Judge's signature

City and state: Bay City, MI

Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kenneth Monroe, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am currently employed by the Michigan State Police as a Detective Trooper and have been employed as Trooper since 2010. I have been a law enforcement officer since 2005 for Mundy Township Police Department, Swartz Creek Police Department and the City of Burton Police. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Task Force Officer at the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. During my employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, I have probable cause to believe that on October 18, 2022, Jessie Jerome Jones (XX-XX-1990), knowing he had been convicted of felony offenses punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

1

## BACKGROUND

4. On Saturday, October 18, 2022, at approximately 10:21 p.m. Troopers from the Michigan State Police Flint Post received information from Genesee County 911 Dispatch Center about a man wearing a blue coat and red pants who was armed with a gun in a fanny pack and who was causing trouble.

5. Approximately three minutes after the original 911 call, Troopers observed a man, later identified as Jessie Jones, who matched the 911-caller's description and who was walking at a gas station in Flint, Michigan, approximately .3 miles from the location of the 911-caller.

6. Troopers pulled into the parking lot and made contact with Jones. Jones told Troopers that he had a weapon on his person. Jones said that he was open carrying, however, it was apparent to the officers that Jones was not open carrying the firearm and it was concealed, contrary to Michigan law. Troopers then handcuffed Jones and placed him under arrest for suspicion of carrying a concealed weapon.

7. Troopers observed Jones to have a 'fanny pack' strapped to his stomach/chest area. Inside, Troopers located a loaded Smith and Wesson, Model SD9, 9mm caliber pistol. The magazine was loaded with 15 rounds of 9mm ammunition.

8. Troopers then ran a computerized check on Jones and found he was a convicted felon and was currently on federal supervised release until January of

2024. One of Jones's felony convictions was for theft of firearms from a licensed dealer in violation of 18 U.S.C. § 922(u). In 2017, Jones was sentenced to 75 months in prison and two years of supervised release. Based on his sentence, I believe Jones was aware that he had been convicted of an offense punishable by imprisonment for a term exceeding one year.

9. I have spoken with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms. S/A Hurt stated that the Smith and Wesson, SD9, 9mm pistol bearing serial number FBD6582, was manufactured outside the state of Michigan and was transported in interstate commerce.

## CONCLUSION

10. Based upon all of this information, probable cause exists that Jessie Jerome Jones violated 18 U.S.C. §§ 922(g)(1) on October 18, 2022.

Respectfully Submitted,

_____
Kenneth Monroe
Special Agent, ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on this 20th day of October, 2022.

_____
Hon. Patricia T. Morris
United States Magistrate Judge

3